IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
JUN -5 PM 1:05
RALPH L. DeLOACH
CLERK
BY_____ DEPUTY
AT TOPEKA FILED RS.

MITCHELL LEE WOODS                    )
                                      )
11760 W. 118th TERRACE, Apt # 215     )
                                      )
OVERLAND PARK, KANSAS, 66210          )
(Enter above the full name of the Plaintiff(s) )
                                      )
                                      )
vs.                                   )
                                      )
CITY OF WICHITA                       )
                                      )
Name                                  )
                                      )     Case Number: 07-CV-2239 JWL/GLR
455 N. MAIN, 13th Floor               )
                                      )
Street and number                     )
                                      )
WICHITA    KS    67202                )
City       State    Zip Code          )

(Enter above the full name and address of the
Defendant in this action - list the name and address
of any additional defendants on the back side of
this sheet).

CIVIL COMPLAINT PURSUANT TO
TITLE VII OF THE
CIVIL RIGHTS ACT OF 1964
or
29 U.S.C. § 621-634(b)
(Age Discrimination in Employment Act)
or
42 U.S.C. § 12111 et seq.
(Americans With Disabilities Act)

Mark the statute that you are filing this complaint under:

_____ Title VII of the Civil Rights Act of 1964.

_____ 29 U.S.C. § 621-634 (b) (Age Discrimination in Employment Act).

__X__ 42 U.S.C. § 12111 et. seq. (Americans With Disabilities Act)

1

WICHITA POLICE DEPARTMENT

455 N. MAIN, 4TH FL.

WICHITA, KS. 67202
  (DEFENDANT)


GEORGE R. KOLB
455 N. MAIN, 13TH FL.
WICHITA, KANSAS 67202
  (DEFENDANT)


NORMAN D. WILLIAMS

455 N. MAIN, 4TH FL.

WICHITA, KANSAS 67202
  (DEFENDANT)


TERRI S. MOSES

455 N. MAIN, 4TH FL.

WICHITA, KANSAS 67202
  (DEFENDANT)


DARREN MOORE

2235 W. 37TH ST. N.

WICHITA, KANSAS 67204
  (DEFENDANT)


DENNIS WILSON

2235 W. 37TH ST. N.

WICHITA, KANSAS 67204
  (DEFENDANT)

1.   Plaintiff resides at: 11760 W. 118th Terrace, Apt. #215

Overland Park, Ks. 66210

2.   Defendant employer(s) reside or can be served with process at the addresses set forth in the caption above.

3.   This Action is brought for employment discrimination, pursuant to one or both of the following laws:

a.   __X__ Title VII of the Civil Rights Act of 1964 for employment discrimination.

b.   _____ Age Discrimination in Employment Act of 1967, codified at 29 U.S.C. § 621-634(b), as amended, for employment discrimination based on age;

c.   __X__ Americans With Disabilities Act, codified at 42 U.S.C. § 12111 et. seq., for employment discrimination based on disability.

Jurisdiction is conferred on this court pursuant to 29 U.S.C. § 626(c)(1), 42 U.S.C. § 2000e-5, or 42 U.S.C. § 12117.  If the plaintiff is a federal employee, jurisdiction is conferred on this court pursuant to 29 U.S.C. § 633a(c).

4.   Venue is invoked pursuant to 28 U.S.C. § 1391.

5.   Defendant's conduct is discriminatory with respect to the following:

a.   _____ My race or color, which is_____.

b.   _____ My religion, which is _____.

c.   _____ My sex, which is _____ male; _____ female.

d.   _____ My national origin, which is _____.

e.   _____ My age, in violation of 29 U.S.C. § 623.

f.   __X__ My disability or perceived disability, which is KLEINFELTER'S MALE (47, XXY).

g.   __X__ Other as specified below:

RETALIATION

MEDICAL EXAMINATION REQUEST

_____.

2

6. The plaintiff is an employee within the meaning of the above-cited statutes.

7. If this is an age discrimination case, the plaintiff states the following:

   a. Plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

   b. My age at the time of the alleged discriminatory conduct was _____.

   c. My year of birth is _____.

8. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 28 U.S.C. § 1343 and 29 U.S. C § 630(b)(c) and (d).

9. The defendant(s) is (are) engaged in commerce within the meaning of the above-cited statutes.

10. The conduct complained of in this action concern:

   a. ___X___ Failure to employ

   b. _____ Termination of employment

   c. _____ Failure to promote

   d. ___X___ Unequal terms and conditions of employment

   e. _____ Reduction in wages

   f. ___X___ Retaliation

   g. ___X___ Failure to accommodate disability

   h. ___X___ Other acts as specified below:

   MEDICAL EXAMINATION/PRIOR to JOB OFFER

   _____

   _____

   _____

   _____

11. The facts surrounding my claim of discrimination are:

_____(SEE ATTACHED PAPERWORK)_____

_____

_____

_____

(If more space is needed you may attach additional sheets of 8½" X 11" paper.)

12. The alleged discriminatory conduct occurred on or about _OctoBer 23, 2006_

at _CITY HALL, 455 N. MAIN, WICHITA, Ks. 67201_.

13. In accordance with 42 U.S.C. § 2000e-5, 29 U.S.C.§ 626(d) and 29 U.S.C. § 633(b), or 42 U.S.C. § 12117, more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the Kansas State Division of Human Rights, the Kansas Commission on Human Rights or the Equal Employment Opportunity Commission.

14. In accordance with 28 U.S.C. § 1343 or 29 U.S.C. § 633a(d), of this is an Age Discrimination action, a thirty (30) day Notice of Intent to File this action has been given to the Equal Employment Opportunity Commission.

15. I filed charges with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights regarding the alleged discriminatory act on _MARCH 16th, 2007_.

16. I filed charges with the Equal Employment Opportunity Commission regarding the alleged discriminatory act on _FEBRUARY 27, 2007_.

17. I filed a Notice of Intent with the Equal Employment Opportunity Commission on _MARCH 7th, 2007_.

18. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter (copy attached) which was received by me on or about _MARCH 8th, 2007_.

19. If relief is not granted, plaintiff will be irreparably denied the rights secured by the Age Discrimination in Employment Act of 1967, as amended, by Title VII of the 1964 Civil Rights Act, as amended, or by the Americans With Disability Act.

20. Plaintiff demands trial by jury.  Yes_X_  No _____

4

WHEREFORE, plaintiff prays that:

    a.    The court grant the relief stated in 42 U.S.C. § 2000e-5, 29 U.S.C. § 633a(c), or 42 U.S.C. § 12117, including damages in the amount of $ _3,800,000.⁰⁰_ .

    b.    The court grant such other legal or equitable relief as the court deems just and proper, including attorney's fees and costs.

_Mitchell Woods_
Signature of Plaintiff

_MITCHEL L. WOODS_
Name (Print or Type)

_11760 W. 118th TERRACE, Apt. # 215_
Address

_OVERLAND PARK, Ks. 66210_
City    State    Zip Code

_(913)-339-6144_
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita,    (Kansas City)  or    Topeka ), Kansas as the location for the
(circle one location)

trial in this matter.

_Mitchell Woods_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( (yes) or __no__ ).
(circle one)

_Mitchell Woods_
Signature of Plaintiff

Dated:_____
(Rev. 9/04)

5

## HISTORY, BACKGROUND AND PREVIOUS FACTS

11.      The facts surrounding my claim of discrimination are:

My name is Mitchell Lee Woods, white male, 48 years old. I was living at 505 N.

Rock Road Apt. # 854,  Wichita, Kansas  67207, at the time of the alleged discrimination.

I am a "Kleinfelter's Male", which is a protected "Genetic Disability", under the Federal

ADA Laws, the (Americans with Disabilities act of 1990, 42 U.S.C. 12102 et seq.)

I first became aware of my disability, when it was confirmed that I indeed was a

"Kleinfelter's Male", in late August 1990.  A Physician, giving me an End of Tour of

Service physical, told me that I had the "charaitrics or make up of a "Kleinfelter's Male".

He drew blood and sent it to the University of Colorado Health Sciences Center.  The test

was completed on January 10th, 1990.  I received a copy of the test results in the mail in

late August 1990.  The Cystrogenetics Report and the Interpretation was: "all metaphases

examined had had an additional (X) chromosome.") **(Exibit 1)**  (47 XXY Male

Karyotype), thus making me a "Kleinfelter's Male."  My Dad, a General Physician M.D.,

pointed out to me he knew only a few things about "Kleinfelter's".  He said that approx.

98% of all "Kleinfelter's Males" are born "sterile males".  He also told me that 1 in 500

males born, are born "Kleinfelter's Males."  It just happens, for unknown reasons.  There

are "no cures" for it.

I was training to become a Wichita Police Officer, with the City of Wichita, Kansas.
I had just been through a divorce, and also going to National Guard Drill one weekend a
month. Not knowing whether I was the father of my ex-wife's child, I was experiencing
what I thought was a lot of depression. I went to Dr. Kaye Swizter M.D. Psychologist.
She started me on taking an anti-depressant for depression. I also advised her that I was a
"Kleinfelter's Male". I told all of my Wichita Police Department Supervisors, that I was
taking an anti-depressant for depression. No supervisor ever questioned me about the
depression. They all told me, as long as I could do the job, that was all they were
interested in. I have had several Physicians and Councilors in the past (17) seventeen
years, since discovering I was a "Kleinfelter's Male".  Dr. David R. Bowman, Ph.D.,
Licensed Psychologist and Wichita Police Councilor in 1999, said counseling was
helping with my "communication skills" with others who perceived me of being
"irritable, sensitivity to criticism, occasional angry outbursts and difficulty with
communicating with co-workers." **(Exibit 2)** I had told Dr. Bowman, that I was a
"Kleinfelter's Male."

Being a "Kleinfelter's Male", and knowing only a few particular conditions of
"Kleinfelter's", I couldn't understand why people were saying these things about me.
This is the way I had felt all my life and it was "normal behavior for me".

2

In January 2002, I asked my primary care physician, Dr. Kevin Hoppock M.D. to send me to an Endocrinologist, to see about getting "Testosterone Replacements", in hopes of helping my "depression, mood and communication skills". I saw Dr. Jan Hoffman M.D. and was tested and sent back to Dr. Hoppock for the results. **(Exibit 2)**

Dr. Hoppock told me that my "testosterone" was "GOOD" and he didn't feel anything could done to help with my "Genetic Kleinfelter's." Dr. Hoppock, also told me that the "testosterone replacements", don't always work and it is very hard to predict the outcome of such treatments, from individual to individual. The treatment is very expensive and in most cases not covered by Health Insurance Policy's. Having a "good" Doctor/Patient relationship with Dr. Hoppock, I took his opinion and word for granted and believed no further testing could be done, for my "Kleinfelter's", disability. In November 2004, I received a free computer, my first ever, and started to very slowly to use it more. It wasn't until early July 2006, that I had finely learned about "Kleinfelter's" and the conditions or traits is causes an individual to experience in everyday living of life.

The following are conditions and traits, that I have experienced in the past and still experience in my day to day living, today: **(1)** I have always had problem with learning, as I have difficulty reading, and reading for long periods of time. I'm a slow reader. I don't usually comprehend or retain the subject matter, without reading it over, and over. **(2)** My Math skills are very limited to adding, subtracting, dividing, multiplying and a few fractions. I don't understand it. **(3)** I have poor long time memory skills. **(Exibit 3), (Exibit 4), (Exibit 5), (Exibit 6).** **(4)** I have poor eating habits and have a loss of appetite for periods at a time. **(5)** I constantly fight off depression with the help of an anti-depressant medication. **(6)** I have "mood swings" on a weekly basis that come on

3

unexpectedly and leave the same way. **(7)** I have been known to have poor communications skills and can't pretend to be someone I'm not. I have to work with the communication skills I was "Genetically born with". **(8)** I'm unable to maintain a good relationships with friends and with potential women partners, due to my "mood swings", "lack of communication skills", and "poor sexual drive and functions." **(9)** I continue to gain weight and it affects my overall Health and self-esteem. **(10)** I always have had "poor sleeping habits". When I get home from work, I will sleep all day, until it is time to get up and go back to work. I have no motivation to even get up and go to scheduled appointments, eat lunch or leave my apartment. Some days, I can't get to sleep and am up for 24-36 hours. I feel really tired most of the time.

In order to prove "Discrimination" under ADA Laws, I must prove that I can do the work that I'm applying for. I have (14) fourteen years of Annual Evaluations from the Wichita Police Department, listing all major duties and responsibilities performed as an employee/Police Officer. See the following Exibit's: **(Exibit 7), (Exibit 8), (Exibit 9), (Exibit 10), (Exibit 11), (Exibit 12), (Exibit 13), (Exibit 14), (Exibit 15), (Exibit 16), (Exibit 17), (Exibit 18), (Exibit 19), (Exibit 20).** The issues of "poor communication skills" and "poor interpersonal communication skills" and "poor working relationships with employees", might have been a reason for "termination", but never occurred as my Supervisors knew I was fulfilling all of my responsibilities as an "employee and a Good Wichita Police Officer." In fact, I had only been suspended without pay, (4) four days in the past (15) fifteen years, (1990-2005), for Violation of Regulation 3.302 (B)—"Each member of the Department shall be courteous and considerate in treating all persons with dignity and respect while exercising good judgment in all situations." **(Exibit 21)**

4

Officer Mitchell Woods # 1482, Pre-Termination Hearing, September 7th, 2005.

Minutes of the meeting.  **(Exibit 25)**

Officer Mitchell Woods # 1482, Termination Hearing, September 13th, 2005.  Minutes

of the meeting.  **(Exibit 26)**

I was terminated on September 13th, 2005, for "the inability to perform the full

responsibilities as a Police Officer".  **(Exibit 22)**   There was nothing in the "Termination

Letter", indicating the TERMINATION was for anything else but, "on the job injuries",

only!


## THE BODY OF MY COMPLAINT:

(1)     I, Mitchell L Woods applied or re- applied for my previous Full-time Police

Officers position and had met all of the requirements that the City of

Wichita, Wichita Police Department, and Human Resources required from

me when doing so, "verbally" on or around August 30th, 2006.  The City of

Wichita is an "Equal Opportunity Employer."

(2)     I was informed over the phone by Lt. Dennis Wilson of the Wichita Police

Department Training Academy, that the Chief of Police had given him (30)

thirty day to gather information and do a back ground investigation on me.

**(Exibit 27)**  I was told by Lt. Wilson, that no additional paperwork would

have to be completed, except the Chief wanted a letter from me, telling him

what I have been doing for the past year. (September 2005 to August 2006)

Just to make sure, I asked Lt. Wilson again, if there was any additional paperwork to be completed and he said "NO". The letter was sent to the Chief of Police, Norman D. Williams. **(Exibit 28)**

(3)     I was applying or re-applying for a job as a Wichita Police Officer, a position that I had held from July 1990 to September 2005. I was not working anywhere, nor was I working for the City of Wichita, when I applied for my previous position, as a Wichita Police Officer.

(4)     The City of Wichita, Human Resources, and the Wichita Police Department has a policy that, if a employee of the City leaves or is terminated on "good standing or grounds", he or she can apply or re-apply for their previous position, without having to go through all of the "new hire or application" process, as long as it is done within a years date of termination. The process is done by the ex-employee's Department in which they worked. In my case the Chief of Police and Wichita Police Department.

(5)     All my obligations had been met at this time and the next step was scheduling a "Command Staff Interview", at the City Building, 455 N. Main, 4th, Floor, Chief's Conference Room. It was scheduled for October 23rd, 2006, at approx. 4:00 PM.

(6)     The "Command Staff Interview" on October 23rd, 2006, consisted of the following people: Chief of Police, Norman D. Williams, Deputy Chief Terri S. Moses, Captain Darren Moore, Lt. Dennis Wilson, and myself, Mitchell L. Woods. ( All decision of employment or termination are approved or

disapproved by the City Manager, George R Kolb)  Since no additional

paperwork was required by me prior to this interview, I voluntarily produced

my Medical Documentation **(Exibit 1) & (Exibit 2A),** proving without a

doubt I was a "Kleinfelter's Male" or indeed had "Kleinfelter's".  I told or

advised the Staff, that "Kleinfelter's" is a protected disability, under the

ADA (Americans with Disabilities Act of 1990) I advised the Staff, that

counseling has assisted me in dealing with some of my problems. **(Exibit 2)**

I asked the Staff, if the Wichita Police Department would work with me, I

believe accommodations could be made for me to continue to be a "very

productive Police Officer in the future".  Deputy Chief Moses told me in a

"moderately stern voice" the Staff is going to require you to seek additional

"Medical Treatment" for my "Kleinfelter's" and provide the Staff with all of

the results, prior to even being considered for employment as a Wichita

Police Officer.  This is a violation of (42 U.S.C. Section 12112(d) of the

ADA), (Examination/Medical Examinations.) and (42 U.S.C. Section 12112

(a)) Title I of the Americans with Disabilities Act of 1990.  This is also a

violation of the Equal Opportunity Employment, which the City of Wichita

is required to follow by Law.

(7)        During, or around the first week in November 2006, Captain Darren

Moore, Lt. Dennis Wilson and I (Mitchell L. Woods) had a meeting

arranged by Lt. Wilson, to discuss the "Command Staff Interview", findings.

Captain Moore restated that in order for me to be re-employed as a Wichita

Police Officer, I would have to follow the recommendation that were agreed

upon by Deputy Chief Moses and the rest of the Staff, during the "Command Staff Interview", October 23rd, 2006.

(8)     During the meeting in the first week of November 2006 with Captain Moore and Lt. Wilson, Captain Moore said to me, "Mitch, you and Deputy Chief Moses must have some history?" I told both of them that, Deputy Chief Moses has accused me in the past of "hating women". She has also been an active member in most of my counseling or discipline that I've received. I filed an EEOC Complaint against her with the City of Wichita's EEO Officer, Susan Leiker on August 24th, 2005. I'm still waiting to hear an outcome on that complaint. I would assume it's still open. **(Exibit 29)** I filed a (28) twenty-eight page Professional Standards Complaint **(Exibit 30),** against Deputy Chief Moses, alleging numerous Wichita Police Department Policy & Procedure and Rules & Regulations Violations, and possibly a Conspisiry, involving a City Attorney and a FMLA Specialist with Human Resources, denying my rights under the Family Medical Leave Act. The Professional Standards Supervisor, called me at home in October 2005 and told me he was not going to investigate my complaint. **(Exibit 31)** In 1999, Deputy Chief Moses told me she was going to make a "project" out of me. If I slipped up, I'd be gone. I strongly believe the Deputy Chief Terri S. Moses has "made a project out of me." I also believe that Deputy Chief Terri Moses is in Violation of (Retaliation under the ADA Laws), for filing an EEOC complaint against her along with all the other related incidents.

(9)     I, Mitchell Lee Woods, the Plaintiff in this case requests a Trial by Jury.

## LEGAL BASIS

Kleinfelter's is a protected "Genetic Disability", under the Federal (Americans with Disabilities Act of 1990, 42 U.S.C. 12102 et seq).

Medical Examinations are prohibited under 42 U.S.C. 12112 (d) of the ADA and prohibits employers from requiring applicants or employees from taking medical examinations at certain periods of the employment process.

The ADA specifically states it is unlawful for an employer to "retaliate" against an employee based upon the employee's filing a charge of "discrimination", with the EEOC. (42 U.S.C. 12203 et seq.) and the Civil Rights Act of 1991 (CRA)

## COURT JURISDICTION

Since all of the above are U.S.C. statues, I believe that this Civil Suit should be filed in U.S. District Court, in Kansas City, Kansas

## RELIEF

I believe I'm entitled to a reasonable amount of "relief", for the following reasons:  This ordeal has cost me dearly, not only in affecting my over-all health, but also professionally and placed me in a "SEVERE FINANCIAL HARDSHIP", which is irreparable.  The "intentional retaliation", "intentional discrimination" and the "Medical Examinations" violation(s) have affected me in the following ways:  I have suffered extreme emotional distress.  I have suffered from increased depression.  I have had to move to an area, where the cost of living is more expensive.  I have experienced a very large loss in income and future retirement and benefits.  I have had a loss of employment opportunities which may have paid more money.  I have had only (1) one job offer since August 02nd, 2006.  I've had to settle for a job that pays less than half of what I was making as a Wichita Police Officer.  I believe a "reasonable", compensation and punitive damages would be in the range of, ($ 3, 800,000.00) dollars.

_Mitchell L Woods_          6-5-07

MITCHELL LEE WOODS
11760 W. 118th TERRACE, APT. #215
OVERLAND PARK, KANSAS 66210
(913) 339-6144

10

EEOC For.. 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Mitchell L. Woods
11760 W. 118th Terr. Apt #215
Overland Park, KS 66210

From: Kansas City Area Office - 563
Gateway Tower II
400 State Avenue
Kansas City, KS 66101

[X]  On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2007-00743 | Manuel A. Martinez, Jr., Investigator | (913) 551-6644 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **back pay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

_Manuel A Martinez_ FOR
James R. Neely, Jr.,
Director

MAR 0 7 2007
(Date Mailed)

cc: CITY OF WICHITA/WICHITA POLICE DEPT
455 N. Main
Wichita, KS 67202

Enclosure with EEOC
Fr  161 (3/98)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you **receive** this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before 7/1/02</u> – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 563-2007-00743 |

**Kansas Human Rights Commission** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Mitchell L. Woods** | **(913) 339-6144** | **-1958** |

| Street Address | City, State and ZIP Code |
|---|---|
| **11760 W. 118th Terr., Overland Park, KS 66210**  Apt. #2/5 (MLW) | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **CITY OF WICHITA/WICHITA POLICE DEPT** | **500 or More** | **(316) 268-4531** |

| Street Address | City, State and ZIP Code |
|---|---|
| **455 N. Main,  Wichita, KS 67202** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| ☐ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☒ RETALIATION | ☒ AGE | ☒ DISABILITY | ☐ OTHER *(Specify below.)* | |

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **08-02-2006** | **01-10-2007** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was employed with the above employer from July 10, 1990 until September 13, 2005.  I was a police officer for
~~15~~ years and was injured on the job in 2003.  I was on light duty for 2½ years and then was wrongfully
terminated from my job while under the doctors' care.  14 yrs. 8 months (MLW)

On August ~~10,~~ 2006 I verbally reapplied.  I was later told I would have to take all the new hire exams if I wanted
to get hired. 3rd's (MLW)

I believe I was not hired because of my disability, in violation of Americans with Disabilities Act of 1990 as
amended.  I also believe I was not hired because of my age in violation of Age Discrimination in Employment
Act of 1967 as amended.  I also believe I was not hired because of retaliation in violation of Title VII of the Civil
Rights Act of 1964 as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2-27-07        X *Mitchell Woods*  Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

STATE AVENUE, 9TH FLOOR
;AS CITY, KANSAS  66101

)fficial Business
Penalty for Private Use, $300



02  1A          $ 00.39⁰
0004614368    MAR 07  2007
MAILED FROM ZIP CODE  66101

MITCHELL LEE WOODS
Mitchell Y Woods                    6-5-07
11760 W. 118th TERRACE, Apt. #215
OVERLAND PARK, Ks  66210

[913]-339-6144

**Department of Pediatrics**
**Cytogenetics Laboratory**

Campus Box C 233
4200 East Ninth Avenue
Denver, Colorado 80262
(303) 270-7249

CYTOGENETICS REPORT

Analysis No.:    10936
Date Received:   12/05/89

PATIENT: Woods, Mitchell

Date of Birth:    /58

Referring Physician:  Dr. Lynn Abrams

Facility: Fitzsimons Army Medical Center  SH 1200 57

Specimen:  Peripheral blood

Type of Culture:  72hr. PHA stimulated

KARYOTYPE SUMMARY:  47,XXY male karyotype.

INTERPRETATION:    All metaphases examined had an additional X chromosome.

Metaphases Counted:      20
Metaphases Analyzed:     5
Metaphases Karyotyped:   2
Banding Utilized:        GTG

_____
Carol L. Greene, M.D., Director

_1-10-90_____3pm_____
Date/Time Final Report Released

COPIES OF REPORT TO:

Dr. S. Tunnell, FAMC Laboratory

EXIBIT ___1___
___1___ of ___2___

*The University of Colorado is an equal opportunity / affirmative action employer*

Genetics Laboratory
Department of Pediatrics, Box C233
University of Colorado Health Sciences Center
Denver, Colorado

Lab number: 10936
Woods,
Mitchell
Date received: 12/05/89

