### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MITCHELL LEE WOODS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF WICHITA, KAN., )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 07-2239-JWL-GLR |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action is hereby dismissed with prejudice. All parties who have appeared in this action have signed this Stipulation and consent to a dismissal with prejudice. Said dismissal shall be with prejudice and all parties shall be responsible for their own attorney fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

AYESH LAW OFFICES
By: /s/ Mark G. Ayesh
 Mark G. Ayesh, # 10175
 Ray E. Simmons, # 12296
 8100 East 22nd Street North
 Building 2300, Suite 2
 Wichita, Kansas 67226
  *Attorneys for Plaintiffs*

CITY ATTORNEY'S OFFICE

By: /s/ Kelly J. Rundell
 Kelly J. Rundell, #12386
 City Hall, 13th Floor
 455 N. Main
 Wichita, Kansas 67202
  *Attorneys for Defendant*